IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| THE DREAM DEFENDERS; THE BLACK COLLECTIVE, INC.; CHAINLESS CHANGE, INC.; BLACK LIVES MATTER ALLIANCE BROWARD; FLORIDA STATE CONFERENCE OF THE NAACP BRANCHES AND YOUTH UNITS; and NORTHSIDE COALITION OF JACKSONVILLE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RON DESANTIS, in his official capacity as Governor of the State of Florida; ASHLEY MOODY, in her official capacity as Attorney General of the State of Florida; WALT MCNEIL, in his official capacity as Sheriff of Leon County, Florida; MIKE WILLIAMS, in his official capacity as Sheriff of Jacksonville/Duval County, Florida; and GREGORY TONY, in his official capacity as Sheriff of Broward County, Florida, <br><br> Defendants. | Case No.: 4:21-cv-191-MW-MAF |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs The Dream Defenders, The Black Collective, Inc., Chainless Change, Inc., Black Lives Matter Alliance Broward, Florida State Conference of The NAACP Branches and

Youth Units and Northside Coalition of Jacksonville, Inc., make the following disclosures:

Plaintiff The Dream Defenders has no parent corporation or any other publicly held corporation that owns 10% or more of its stock.

Plaintiff The Black Collective, Inc., has no parent corporation or other publicly held corporation that owns 10% or more in stock.

Plaintiff Chainless Change, Inc., has no parent corporation or any other publicly held corporation that owns 10% or more of its stock.

Plaintiff Black Lives Matter Alliance Broward has no parent corporation or any other publicly held corporation that owns 10% or more of its stock.

Plaintiff Florida State Conference of The NAACP Branches and Youth Units ("Florida NAACP") has no parent corporation or any other publicly held corporation that owns 10% or more of its stock. Florida NAACP is a state conference of branches of the national NAACP.

Plaintiff Northside Coalition of Jacksonville, Inc., has no parent corporation or any other publicly held corporation that owns 10% or more of its stock.

Dated: May 11, 2021

**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**
/s/ *Rachel M. Kleinman*
Rachel M. Kleinman*
rkleinman@naacpldf.org
Morenike Fajana*
mfajana@naacpldf.org
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-3709
Facsimile: (212) 226-7592
-and-
Georgina C. Yeomans*
gyeomans@naacpldf.org
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 216-2721
Facsimile: (202) 682-1312

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA, INC.**
/s/ *Anya A. Marino*
Anya A. Marino
Florida Bar No. 1021406
amarino@aclufl.org
Max H. Gaston*
mgaston@aclufl.org
Daniel B. Tilley
Florida Bar No. 102882
dtilley@aclufl.org
Nicholas Warren
Florida Bar No. 1019018
nwarren@aclufl.org
4343 West Flagler Street, Suite

**COMMUNITY JUSTICE PROJECT, INC.**

/s/ *Alana Greer*
Alana Greer
Florida Bar No. 92423
alana@communityjusticeproject.com
Berbeth Foster
Florida Bar No. 83375
berbeth@communityjusticeproject.com
Denise Ghartey
Florida Bar No. 1019211
denise@communityjusticeproject.com
Miriam Haskell
Florida Bar No. 069033
miriam@communityjusticeproject.com
3000 Biscayne Blvd.
Suite 106
Miami, Florida 33137
Telephone: (305) 907-7697

**AKIN GUMP STRAUSS HAUER & FELD LLP**

/s/ *Joseph L. Sorkin*
Joseph L. Sorkin*
jsorkin@akingump.com
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
-and-
Steven H. Schulman*
sschulman@akingump.com
James E. Tysse*
jtysse@akingump.com
Robert S. Strauss Tower

3

| | |
|---|---|
| 400 | 2001 K Street N.W. |
| Miami, Florida 33134 | Washington, D.C. 20006 |
| Telephone: (786) 363-2707 | Telephone: (202) 887-4000 |
| | Facsimile: (202) 887-4288 |

***Counsel for Plaintiffs***

*\* Pro Hac Vice Applications to be filed*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2021, the foregoing document was served on all counsel or parties of record by causing a copy of same to be electronically filed with the Clerk of Court using the CM/ECF system.

*/s/ Anya A. Marino*