IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| THE DREAM DEFENDERS, THE BLACK COLLECTIVE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RON DESANTIS, *et al.*, <br><br> Defendants. | Case No.: 4:21-cv-191-MW-MAF |

**DECLARATION OF EMORY MARQUIS MITCHELL**

I, Emory Marquis Mitchell, hereby declare and state as follows:

1. My name is Emory Marquis Mitchell, and I am the CEO and Founder of Chainless Change. I have personal knowledge of the matters set forth herein.

2. Chainless Change was established in 2018 to provide programs and services that promote self-sufficiency and public safety for those negatively impacted by the criminal legal system. Chainless Change works to dismantle the school to prison pipeline, mass incarceration and all barriers to socio-economic equality.

3. Chainless Change provides a vast array of services to people returning home after a period of incarceration ("Returning Citizens") and individuals who are involved with the criminal legal system, as well as their families. Chainless Change provides basic resources and necessities, legal self-advocacy guidance

1

and assistance, mental and substance abuse counseling, and access to educational resources. All direct services at Chainless Change are provided by individuals who are in recovery from behavioral health conditions and have a criminal arrest record.

4. Chainless Change is a Black-led organization that services a predominantly Black population. Therefore, the imagery and graphics Chainless Change utilizes on its website, social media and informational material intentionally depicts almost exclusively Black and Brown people.

5. Since the earliest days of the organization, Chainless Change has been heavily engaged in pushing the Broward Sheriff's Office and the Broward State Attorney's office to implement policies that safeguard the health and well-being of incarcerated individuals, promote accountability and transparency within local government institutions, and create community-based alternatives to incarceration.

6. Chainless Change regularly engages in direct actions and has led four protests since May 2020. These protests centered around demands for personal protective equipment for people incarcerated in the local jail; demands to reduce incarceration rates during the pandemic; demands for the more humane treatment of incarcerated people like Stephanie Jackson, who gave birth in a jail cell; and accountability for the death of Kevin Desir, who died in police custody. The

Doc ID: f2ca800715413598e6e45d90036ce8bc770d7c36

majority of the people who participated in those protests were Black, and most were people who have criminal arrest records or are associated with people who were formerly incarcerated and are now returning citizens.

7. As an element of its advocacy work, Chainless Change regularly monitors state legislation and became aware of HB1 in September 2020. Chainless Change began posting to social media about HB1 in the beginning of Fall 2020. Chainless Change started more actively campaigning against HB1 in early 2021 by utilizing social media posts and its email listserv. Furthermore, three staff members, two volunteers, and five organizational partners working with Chainless Change traveled to Tallahassee, where I issued a public statement against HB1 at the bill's final committee hearing.

8. HB1 went into effect on April 19, 2021, the day that it was signed by Governor DeSantis, and one day before the verdict was announced in the criminal trial of Minneapolis police officer Derek Chauvin.

9. After Governor DeSantis signed HB1, Chainless Change leaders became concerned about the law's impact on Chainless Change's ability to fulfill its mission of serving as a community for recovery, advocacy, and support of those involved in the prison and police systems, and promoting racial justice, police reform, and police accountability.

Doc ID: f2ca800715413598e6e45d90036ce8bc770d7c36

10.     Chainless Change leaders read Section 15 of HB1 related to riots and understood it to mean that anyone who attends a protest may be arrested and held without bond. They will also be subjected to a minimum of six months in jail if convicted of related charges.

11.     Because language in HB1 is vague, it is not clear to Chainless Change what kind of conduct at a protest would violate the law and what would not. We believe that all of our community actions could potentially result in the arrest of all of our supporters.

12.     In response to HB1, Chainless Change stopped engaging in direct actions because leaders within the organization are acutely aware that Chainless Change works with populations that are at risk of abuse by state entity actors. Because the language in HB1 is both unclear and allows for overreach, Chainless Change fears that law enforcement will disproportionately and discriminately target its community of supporters, who are predominantly Black, almost exclusively returning citizens, and advocating for police reform.

13.     During our early "deCARcerate Broward" protests, police officers regularly threatened to arrest us for obstructing traffic. Furthermore, I was personally stopped and harassed by officers during a mobile protest that was held on April 17, 2020.

Doc ID: f2ca800715413598e6e45d90036ce8bc770d7c36

14. At a protest on Oct. 21, 2020, officers approached our group and threatened to arrest our staff and other attendees for disturbing the peace, trespassing, and disorderly conduct. We were protesting at the entrance of public property, the Broward Sheriff's Office headquarters. This tactic was used to intimidate us and deter our team from exercising their First Amendment rights.

15. Additionally, at a protest on February 1, 2021, our group was met by agitators who spit on our staff and made efforts to attack one of our members. Officers nearby took no action to remove the agitators. Instead, officers harassed our members and set up barricades to prevent us from accessing areas of downtown.

16. Because HB1 gives officers even more discretion to target non-violent protestors, our organization does not know how to protect our community of supporters. As such, Chainless Change is no longer able to engage in rapid response direct actions, similar to its last two protests. When Chainless Change engages in future direct actions, it will secure legal observers and security, in order to be hyper vigilant about the conduct of agitators and the reaction of law enforcement. This is because HB1 may embolden agitators and law enforcement to act illegally towards protestors.

17. Before the enactment of HB1, Chainless Change identified the importance of having a physical and visible presence in the community and used

Doc ID: f2ca800715413598e6e45d90036ce8bc770d7c36

direct actions to build that presence. At protests outside the Broward County Jail in the past, Chainless Change observed incarcerated people holding signs thanking the organization and trying to communicate from inside the jail.

18. As a Black-led organization serving a predominantly Black population, Chainless Change made the decision on April 15, 2021 to find other ways to organize outside the coalition model it previously utilized because a considerable number of our coalition partners are not Black or people of color. However, due to HB1's vague language, and the fear and expectation that HB1 will embolden law enforcement to target Black protestors, Chainless Change is reconsidering that strategy and considering the need to seek protection of white allies.

19. As a Black man who is a Returning Citizen and also the founder of Chainless Change, I have the added fear that HB1 will be disproportionately used against me for the same reasons that the organization is in fear.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Executed on July 12, 2021.

_____
Emory Marquis Mitchell

Doc ID: f2ca800715413598e6e45d90036ce8bc770d7c36