# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

THE DREAM DEFENDERS,
THE BLACK COLLECTIVE *et al.*,

    Plaintiffs,

            v.

RON DESANTIS, *et al.*,

    Defendants.

Case No.: 4:21-cv-191-MW-MAF

## DECLARATION OF TIFANNY BURKS

I, Tifanny Burks, hereby declare and state as follows:

1.     My name is Tifanny Burks. I am a Community Organizer for Black Lives Matter Alliance Broward ("BLMA Broward") and I have been with the organization for five years. I have personal knowledge of the matters set forth herein.

2.     BLMA Broward was formed in June 2015, after a white supremacist took the lives of nine Black parishioners in a Charleston, South Carolina church. The purpose of BLMA Broward was to bring together the efforts of several small community organizations that were doing similar Black liberation work, in order to amplify our impact. BLMA Broward has approximately 30 members.

3.     BLMA Broward is known for our rapid direct action responses. In the past, we have mobilized hundreds of protestors in less than 72 hours, including

1

Doc ID: 95fc942acf6acf3c3284c7a85b24fd4c8d260af4

the May 31, 2020 protest and another protest on July 9, 2016 in response to the killings of Alton Sterling and Philando Castile.

4.      BLMA Broward holds weekly planning meetings with our core group of organizers. It also holds monthly membership meetings and regularly conducts political education workshops for the community. Approximately 90% of our core organizers and membership is Black.

5.      BLMA Broward has previously mobilized protests highlighting and demanding accountability for police killings of Black and Brown residents of Florida, including Jermaine McBean, Greg Frazier, Sebastian Gregory, James Leatherwood, Linda Sue Davis, Michael Eugene Wilson Jr. and Tony McDade. BLMA Broward has co-organized approximately 30 protests since May 31, 2020 advocating for the defunding of police. Additionally, BLMA Broward has a police brutality subgroup that works in solidarity with allies in Miami and Palm Beach Counties.

6.      Further, BLMA Broward previously worked to amplify the voices and the work of Black student advocates at Marjory Stoneman Douglas High School. After the 2018 shooting there, BLMA Broward co-organized a press conference on March 28, 2018 at North Community Park in Coral Springs, where young organizers such as Mei-Ling Ho-Shing and Tyah-Amoy Roberts spoke. BLMA

Doc ID: 95fc942acf6acf3c3284c7a85b24fd4c8d260af4

Broward also invited these youth activists to co-host the BLMA member meeting that same month.

7.      BLMA Broward members regularly meet with local elected officials to advocate for police reform and accountability. BLMA Broward members have participated in the legislative session in Tallahassee every year since the inception of the organization. In this advocacy work, BLMA Broward has previously spoken at committee hearings, held press conferences, and conducted office visits with elected officials.

8.      On May 31, 2020, BLMA Broward worked with Girls With Scars Inc., Dream Defenders, and the Broward Chapter of Democratic Socialists of America to organize a mass mobilization of 3,000 protestors in downtown Fort Lauderdale.

9.      This demonstration was non-violent and calm, and it was coming to an end when agitators joined the crowd. It appeared that these agitators were deliberately trying to cause chaos and incite a reaction from police.

10.     Police deployed tear gas and used physical violence on the protestors.

11.     As a result of the chaos caused by a few agitators not associated with BLMA Broward or the protest, the police put a curfew in place that night. The act of a few people resulted in a police response that impacted everyone.

Doc ID: 95fc942acf6acf3c3284c7a85b24fd4c8d260af4

12.     BLMA Broward members fear that if HB1 had been in place at the time of the May 31, 2020 demonstration, they would have been arrested under the new rioting provisions (specifically, Section 15) even though the members were non-violent and unaffiliated with the agitators. BLMA Broward members fear they would be guilty by association, even if they were attempting to leave the area when agitators were being disruptive.

13.     On June 19, 2020, BLMA Broward organized the Defund the Police Juneteenth Rally that mobilized 1,000 participants. That demonstration remained non-violent—as planned—but BLMA Broward members fear if the same agitators had appeared that day, chaos would have ensued. If HB1 were in place at the time, Section 15 could have resulted in all participants being arrested.

14.     Since May 2020, BLMA Broward has supported over 35 direct actions in Broward County, organized by groups including Black Lives Matter Weston, Black Lives Matter Pembroke Pines, Leaders of Liberty, and New Florida Majority.

15.     On September 26, 2020, BLMA Broward organized a Black Futures Matter march through the historically Black Sistrunk neighborhood and received large community support. That experience taught BLMA Broward members the importance of having a physical presence within the communities they advocate for.

Doc ID: 95fc942acf6acf3c3284c7a85b24fd4c8d260af4

16.     Because of HB1 and fear of being caught up in mass arrests allegedly justified by Section 15, BLMA Broward members have been unable to show similar levels of support this year.

17.     Black and Brown people make up the overwhelming majority of the participants of protests organized by BLMA Broward.

18.     BLMA Broward learned of HB1 as a result of our advocacy work related to the legislative session and through our coalition. After learning of HB1, BLMA Broward began to reach out to allies statewide to strategize how to combat the bill. BLMA Broward organized a trip of approximately 10 members to travel to Tallahassee for the opening of the legislative session to attend the first committee meeting on March 3, 2020.

19.     Beginning February 2021, BLMA Broward conducted weekly meetings focused on combatting HB1. The group utilized social media to educate people and encourage the community to contact their legislators and oppose HB1. However, after realizing that HB1 would likely pass, BLMA Broward began to pivot and focus on reducing the impact of the law.

20.     If BLMA Broward had not been forced to shift and address HB1, members would have allocated those resources to a campaign focused on defunding police, decriminalization and reducing incarceration, as well as on participatory budgeting.

Doc ID: 95fc942acf6acf3c3284c7a85b24fd4c8d260af4

21.     Because the law is unclear and expansive, BLMA Broward members don't understand what actions will violate the law. Members are concerned that the language in HB1 is so unclear that it allows police officers far too much discretion to arrest non-violent protestors—or even onlookers—if anything at a protest goes wrong or if agitators make trouble.

22.     Members are concerned HB1 will be disproportionately enforced against our predominantly Black supporters. For these reasons, and because BLMA Broward believes it must first properly inform the community of the associated risks of protesting under HB1, BLMA Broward has stopped organizing direct actions. By losing its ability to engage in rapid response, BLMA Broward has lost an integral aspect of its mission.

23.     For example, BLMA Broward planned a march on the one-year anniversary of its May 31, 2020 protest. However, due to the implementation of HB1, BLMA Broward canceled the march and instead planned a stationary event at Delevoe Park in Fort Lauderdale. This year's event saw a very low turnout as compared to last year's march.

24.     BLMA Broward is utilizing its weekly meetings to focus on HB1 and to develop strategies to ensure our people are safe before engaging in future marches. The group has had to consider and develop other ways to accomplish its mission, including planning community debates, healing circles, and finding

6

Doc ID: 95fc942acf6acf3c3284c7a85b24fd4c8d260af4

different ways to bring the community together in more private settings. BLMA Broward understands that in response to HB1, it must train community members to use their voices in ways other than through protesting. This is a major shift for BLMA Broward.

25.    BLMA Broward saw a noticeable decline in participation at a recent protest, following the enactment of HB1. On May 19, 2021, BLMA Broward attended a protest organized by Fight for 15, demanding a $15 per hour minimum wage. Only approximately 15 people attended that protest, as compared to similar protests that have historically generated support of 50–100 people. The same group organized a caravan protest before HB1 was enacted, on February 16, 2021, also demanding a $15 per hour minimum wage, and that protest had at least 30 cars of people with multiple protestors.

26.    BLMA Broward members are also concerned that white supremacists and agitators will be emboldened by HB1. BLMA Broward has had numerous past experiences with white supremacist counter protestors. For example, in 2017 during the Take Down Racist Street Signs campaign in Hollywood, counter protestors came to BLMA Broward protests with guns, in order to intimidate the group. In addition, BLMA Broward later learned that organizers' names and personal information were being circulated among white supremacist groups around the state on a virtual doxing guide.

Doc ID: 95fc942acf6acf3c3284c7a85b24fd4c8d260af4

27.     After its May 31, 2020 protest, BLMA Broward received information that a local police department planted provocateurs in the crowd.

28.     As recently as February 1, 2021, a white supremacist counter protestor came to one of BLMA Broward's direct actions and attacked a protestor by kicking and spitting on them. Even though the incident was witnessed by police officers, nothing was done until protestors chased the counter protestor and demanded that police officers arrest him.

29.     BLMA Broward fears that HB1 will embolden police officers to act against and target protestors, while at the same time allowing counter protestors to use HB1 as cover after attacking protestors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Executed on July 14, 2021.

_Tifanny Burks_
_____
Tifanny Burks

8