IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| THE DREAM DEFENDERS,<br>THE BLACK COLLECTIVE, *et al.*,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>RON DESANTIS, *et al.*,<br><br>　　Defendants. | Case No.: 4:21-cv-191-MW-MAF |

## DECLARATION OF MARIE RATTIGAN

I, Marie Rattigan, hereby declare and state as follows:

　　1.  I am the Second Vice President of the Tallahassee Chapter of the NAACP Florida State Conference of Branches and Youth Units of the NAACP (the "Florida NAACP"). I have served in this role since 2019. Through this role, I am familiar with the activities of the Tallahassee Chapter.

　　2.  The Tallahassee Chapter is a local branch of the Florida NAACP. All dues-paying members from each of the local Florida branches and units are also members of the Florida NAACP.

　　3.  I am also Lead Organizer for the Dream Defenders in Tallahassee and have served in this role since 2019. By virtue of this role, I am familiar with Dream Defenders' activities in Tallahassee.

1

4. Prior to HB1 becoming law, and throughout the summer of 2020, I personally engaged in and organized protest activities concerning racial justice and policing, including sponsoring protests in Tallahassee. I was also involved in efforts to help bail individuals who were arrested during protests out of jail. I engaged in these activities both in my capacity as Lead Organizer for Dream Defenders and as Second Vice President of the NAACP Tallahassee Chapter.

5. Governor Ron DeSantis announced the legislative proposal that would eventually become HB1 on September 21, 2020. HB1 was then introduced in the legislature on January 6, 2021.

6. While HB1 was pending in the legislature, I hosted several Zoom meetings with students at Florida A&M University to inform people about the legislative proposal. I also attended a majority of the legislative hearings on the Act in order to lend my voice to the chorus in opposition to HB1's passage.

7. HB1 was passed by the legislature on April 16, 2021 and enacted on April 19, 2021. Since then, I personally have not engaged in or organized any protest activities. I have refrained from doing so for fear that I could be subject to criminal penalties for the unlawful acts of others in attendance.

8. In particular, I am concerned about Section 15 (which is HB1's "anti-rioting" provision that, among other things, creates enhanced penalties and new felonies for those who are deemed to have engaged in "rioting"). I am concerned

that under Section 15, I could be arrested simply for attending a protest where violence or disorderly conduct takes place, even if I did not engage in any such conduct myself.

9.  I know that being convicted of a felony could result in me losing the right to vote, losing financial assistance for my education, and could place significant barriers in the way of my future professional goals. I cannot risk a felony conviction based on behavior that is out of my control.

10. If it were not for HB1, I would have engaged in protest in the past three months. For instance, in May 2021, there was an incident of police brutality of an unarmed Black man named Jacquez Kirkland in Tallahassee. There were no public demonstrations held in Tallahassee to protest the assault. I am certain that I and others would have protested were it not for HB1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Executed on July 8, 2021.

*Marie Rattigan*
Marie Rattigan