IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| THE DREAM DEFENDERS, THE BLACK COLLECTIVE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RON DESANTIS, *et al.*, <br><br> Defendants. | Case No.: 4:21-cv-191-MW-MAF |

**DECLARATION OF BEN FRAZIER**

I, Ben Frazier, hereby declare and state as follows:

1. My name is Ben Frazier. I am founder and President of Northside Coalition of Jacksonville. I have personal knowledge of the matters set forth herein.

2. Northside Coalition of Jacksonville is a Florida nonprofit corporation focused on speaking out against all forms of racial, social, and economic injustice. Northside Coalition of Jacksonville began in 2015 and was officially incorporated in 2017.

3. Currently, there are approximately 1,400 members, supporters, and volunteers of Northside Coalition of Jacksonville. The membership includes folks from a wide range of ages and occupations. Northside Coalition of

1

Jacksonville includes older people, not just young people. Members include retired teachers, bankers, and correctional officers, among others.

4. Northside Coalition of Jacksonville was essentially created online. In 2015, there was a racialized incident at a service station in Jacksonville, during which a Black customer was being harassed by a store employee. I, Ben Frazier, intervened on behalf of the customer. I went on to recount this experience on Facebook, which in turn led to online engagement and eventually a community boycott of that service station. The boycott lasted two months, after which the owners of that business complied with the community's demands for accountability and change.

5. After the boycott of the service station, Northside Coalition of Jacksonville was formed in 2015. Community members started attending meetings and focusing on new campaigns.

6. Members of Northside Coalition of Jacksonville frequently attend school board meetings and city council meetings to speak on the racial disparities in health, housing, and other issues in Jacksonville communities. Northside Coalition of Jacksonville also addresses subjects such as police-involved shootings, gun violence, driving or walking while Black, and any other issues impacting the Black community.

Doc ID: 5dc8087ebdae2d07228cc675901d7711dfc99d6e

7. Approximately 280,000 of Jacksonville's 1 million residents are Black. In Jacksonville's northwest quadrant, a large percentage of the population is Black. Northside Coalition of Jacksonville aims to make quality of life better for people in these communities and to address all forms of racial injustice.

8. To do this effectively, Northside Coalition of Jacksonville believes in actively engaging with communities and getting boots on the ground. For example, in May 2018, Northside Coalition of Jacksonville ran a "Boots on the Ground" campaign to "stop the violence and increase the peace," during which Northside Coalition of Jacksonville members marched in the streets against gun violence. This was a two-year campaign, during which Northside Coalition of Jacksonville hosted health fairs and food giveaways, and deployed small canvassing teams of 15–20 people. The canvassers knocked on doors and passed out cards that stated, "We should not shoot it out, but talk it out." The message was to stop the violence and increase the peace. Through that effort, Northside Coalition of Jacksonville reached more than 5,000 households in Black neighborhoods.

9. More recently, since the murder of George Floyd, Northside Coalition of Jacksonville combined efforts with other organizations in Jacksonville and spearheaded marches that led to thousands of community members coming out to march in the streets.

Doc ID: 5dc8087ebdae2d07228cc675901d7711dfc99d6e

10. In late May 2020, Northside Coalition of Jacksonville watched Sheriff Mike Williams react overzealously to these non-violent mass actions. In one instance, after the formal event ended, non-member march participants continued their own protest. Eventually, Sheriff called the SWAT team out for minor graffiti and a possible broken window. At the end of the day, officers arrested over 70 people, treated many harshly, and in two instances doubled and tripled their bail amounts for no clear reason.

11. Since the murder of George Floyd in May 2020, Northside Coalition of Jacksonville has held 25–30 rallies, marches, and press conferences. In addition, Northside Coalition of Jacksonville has hosted numerous actions at County Commission and other public board meetings.

12. Currently, Northside Coalition of Jacksonville is spearheading a campaign to change the name of nine Jacksonville schools named after confederate soldiers and colonizers, as well as a campaign petitioning for the removal of confederate monuments, names, and symbols from public spaces.

13. By engaging in and deploying the public's rights to agitate, assemble, and protest, Northside Coalition of Jacksonville has succeeded in changing the names of six out of the nine schools named after confederate soldiers and colonizers in Jacksonville school districts.

Doc ID: 5dc8087ebdae2d07228cc675901d7711dfc99d6e

14. Northside Coalition of Jacksonville first learned of HB1 in October of 2020 and hosted its first rally against HB1 in November of 2020. The organization immediately became concerned that the bill would have a chilling effect on its membership and its work.

15. HB1 has already impacted Northside Coalition of Jacksonville's organizing. Since the enactment of HB1, the number of participants at Northside Coalition of Jacksonville's events has decreased by approximately 30–40 percent. Since HB1 was signed into law, Northside Coalition of Jacksonville has hosted nine events, mostly related to the campaign to remove confederate names, including canvassing efforts on April 20, April 24, and May 1, and rallies on April 27, May 4, May 11, May 26, and June 1. An average of 30 people came out to each of these rallies, compared to an average of 100 prior to HB1.

16. To get the word out about rallies and protests, Northside Coalition of Jacksonville maintains a list of members that staff and volunteers call before big events. During those conversations recently, Northside Coalition of Jacksonville staff and volunteers have been told by members that they are not going to participate in a rally in a public place because of HB1 and that they fear what the police or vigilantes will do to justify causing bodily harm to protesters.

17. Northside Coalition of Jacksonville members have stated that they cannot come to actions and protests because their family members are concerned

about their participation, concerned about their physical welfare, and concerned as to whether or not they will be arrested. HB1 has stifled the membership and instilled fear in them.

18.    While some members have been willing to attend meetings—however, in reduced numbers—it has been increasingly difficult to bring people out to rallies. HB1 has had a chilling effect on people's attitudes and willingness to get back out there.

19.    In addition, Northside Coalition of Jacksonville members have stated that they fear there may be an agent provocateur within their ranks. This refers to someone who is not a member of Northside Coalition of Jacksonville, but who may jeopardize members by purposefully agitating a situation at a rally in order to justify vigilante actions under HB1. This fear and uncertainty is exacerbated by COVID-19, as everyone is wearing masks, and staff and volunteers of Northside Coalition of Jacksonville cannot easily identify who is who.

20.    On three occasions this spring, a known white power activist and agitator came to a Northside Coalition of Jacksonville event. On one particular instance he, along with others, appeared at the rally with a confederate flag and attempted to provoke rally participants. These white power activists sang the confederate anthem "Dixie" right next to rally participants, while Northside Coalition of Jacksonville rally leaders were trying to address those gathered to

Doc ID: 5dc8087ebdae2d07228cc675901d7711dfc99d6e

protest the confederate name of a school. It appeared that the white power activists intended to drown out Northside Coalition of Jacksonville's protest and message.

21. Before the event, the agitator contacted local media to let them know he would be attending the rally. Local media notified Northside Coalition of Jacksonville, and Northside Coalition of Jacksonville subsequently asked law enforcement to assist in keeping the peace and to keep both parties at a safe distance from each other. The police showed up but refused to do more to keep the parties separated, still allowing this agitator and his group to stand within three feet of Northside Coalition of Jacksonville's podium.

22. Northside Coalition of Jacksonville fears that with the enactment of HB1, this agitator could have said he felt threatened by the non-violent protestors and taken violent action against Coalition members and subsequently claimed protection under HB1. In fact, in his email to local media, the agitator specifically referenced HB1 and its protections, writing that if "any of them touch me, I will file charges against them, and because of the recent passage of HB1, they will be arrested and kept in jail until they see a judge." Northside Coalition of Jacksonville fears that agitators, such as the one described here, have been emboldened by HB1.

Doc ID: 5dc8087ebdae2d07228cc675901d7711dfc99d6e

23. To protect folks, Northside Coalition of Jacksonville has increased the number of peacekeepers in the ranks during rallies and actions. Generally, peacekeepers' job is to try to keep people with different views separated. Northside Coalition of Jacksonville has also sought out the help of legal observers and has asked all members to review the organization's non-violence protocols.

24. Northside Coalition of Jacksonville is concerned that people who oppose its stances, emboldened by this law, would do something to harm members of the organization. The Coalition fears people will seek to use this law as justification, rationalization, and as a defense for taking the law into their own hands.

25. Northside Coalition of Jacksonville is concerned about its members, supporters, and volunteers. The organization wants people to feel confident to attend events, for those people to stay safe, and then to go home to their families.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Executed on July 12, 2021.

*Ben Frazier*
Ben Frazier

Doc ID: 5dc8087ebdae2d07228cc675901d7711dfc99d6e