IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| THE DREAM DEFENDERS, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>RON DESANTIS, *et al.*<br><br>            Defendants. | Case No.: 4:21-cv-191 |

**Plaintiffs' Unopposed Motion to Expand the Word Limit
for their Reply in Support of their Motion for Preliminary Injunction**

Plaintiffs move to expand to 4,500 words the word limit for their reply in support of their motion for preliminary injunction, ECF 64.

"A reply memorandum must not exceed 3200 words (counted and certified as under Local Rule 7.1(F)) unless the Court sets a higher limit." Local Rule 7.1(I). Although Plaintiffs have endeavored to submit a reply as concise as possible, Plaintiffs request an expansion of the limit to 4,500 words to ensure that they adequately address the materials submitted by Defendants.

Because Defendants do not object to the expansion of the limit to 4,500 words, Plaintiffs attach the reply brief to this motion. *See* Local Rule 7.1(F) ("A party who moves for leave to file a longer memorandum may attach the proposed memorandum to the motion if all opposing parties consent to the motion . . . .").

1

For these reasons, Plaintiffs respectfully request an expansion of the word limit in their reply brief to 4,500 words.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

The relevant parts of this motion contain 158 words.

Dated: August 26, 2021                               Respectfully submitted,

/s/ Max Gaston

**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**

/s/ Rachel M. Kleinman
Rachel M. Kleinman*
rkleinman@naacpldf.org
Morenike Fajana*
mfajana@naacpldf.org
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-3709
Facsimile: (212) 226-7592
-and-
Georgina C. Yeomans*
gyeomans@naacpldf.org
Jason P. Bailey*
jbailey@naacpldf.org
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 216-2721
Facsimile: (202) 682-1312

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA, INC.**

**COMMUNITY JUSTICE PROJECT, INC.**

/s/ Alana Greer
Alana Greer
Florida Bar No. 92423
alana@communityjusticeproject.com
Berbeth Foster
Florida Bar No. 83375
berbeth@communityjusticeproject.com
Denise Ghartey
Florida Bar No. 1019211
denise@communityjusticeproject.com
Miriam Haskell
Florida Bar No. 069033
miriam@communityjusticeproject.com
3000 Biscayne Blvd., Suite 106
Miami, Florida 33137
Telephone: (305) 907-7697

**AKIN GUMP STRAUSS HAUER & FELD LLP**

*/s/ Max H. Gaston*
Max H. Gaston*
mgaston@aclufl.org
Daniel B. Tilley
Florida Bar No. 102882
dtilley@aclufl.org
Nicholas Warren
Florida Bar No. 1019018
nwarren@aclufl.org
4343 West Flagler Street, Suite 400
Miami, Florida 33134
Telephone: (786) 363-2700
Telephone: (786) 363-2707

*/s/ Joseph L. Sorkin*
Joseph L. Sorkin*
jsorkin@akingump.com
Anne M. Evans**
aevans@akingump.com
Erica E. Holland*
eholland@akingump.com
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
-and-
Steven H. Schulman*
sschulman@akingump.com
James E. Tysse*
jtysse@akingump.com
Miranda Alyssa Dore*
mdore@akingump.com
Caroline L. Wolverton*
cwolverton@akingump.com
Robert S. Strauss Tower
2001 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
-and-
Nicholas E. Petree*
npetree@akingump.com
1111 Louisiana Street, 44th Floor
Houston, Texas 77002-5200
Telephone: (713) 220-5800
Facsimile: (713) 236-0822

*\*Admitted pro hac vice*
*\*\* Pro Hac Vice Applications to be filed*

*Counsel for Plaintiffs*