UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Case No.: 4:21-cv-00191-MW-MAF

**DREAM DEFENDERS, et al.,**

   Plaintiffs,

v.

**RON DESANTIS, in his official capacity as Governor of the State of Florida, et al.,**

   Defendants.

_____/

**DEFENDANT, GREGORY TONY, IN HIS OFFICIAL CAPACITY AS SHERIFF OF BROWARD COUNTY, FLORIDA, RESPONSE TO ORDER FOR EXPEDITED SUPPLEMENTAL BRIEFING (DE 108)**

COMES NOW the Defendant, Gregory Tony, in his official capacity as Sheriff of Broward County, Florida (BSO), by and through its undersigned counsel, and in accordance with this Court's order for expedited supplemental briefing (DE 108) states:

1. **"Given that the primary issue in this case is the language and syntax of the statute,"** this Court has directed the parties to grammatically diagram § 870.01(2), Florida Statutes (2021), "ahead of the hearing on Plaintiffs' motion for preliminary injunction." (DE 108) (emphasis added).

2. BSO has not relied and does not rely upon the language and syntax of § 870.01(2), Florida Statutes, in its defense against Plaintiffs' motion for preliminary injunction. See (DE 96).[1]

3. BSO takes no position regarding the intent, meaning, construction, and interpretation of § 870.01(2), Florida Statutes.

---

[1] Likewise in BSO's defense of the main action itself. See (DE 95).

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this **27th** day of August 2021, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non-CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

> JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A.
> ***Attorneys for Defendant, Gregory Tony***
> 2455 East Sunrise Boulevard, Suite 1000
> Fort Lauderdale, Florida 33304
> Tel: (954) 463-0100
> Fax: (954) 463-2444
>
> */s/Michael R. Piper*
> Michael R. Piper
> Florida Bar No. 710105
> Christopher J. Stearns
> Florida Bar No. 557870

## SERVICE LIST

### *Attorneys for Plaintiffs*

**Rachel M. Kleinman, Esq. (4417903)**
**Morenike Fajana, Esq.**
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: 212.965.3709
Fax: 212.226.7592
rkleinman@naacpldf.org
mfajana@naacpldf.org

**Georgina C. Yeomans, Esq. (1510777)**
**Jason P. Bailey, Esq. (2015228)**
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Tel: 202.216.2721 – Georgina
Tel: 202.216.5566 - Jason
Fax: 202.682.1312
gyeomans@naacpldf.org
jbailey@naacpldf.org

**Alana Greer, Esq. (92423)**
**Berbeth Foster, Esq. (83375)**
**Denise Ghartey, Esq. (1019211)**
**Miriam Haskell, Esq. (069033)**
Community Justice Project, Inc.
3000 Biscayne Blvd., Suite 106
Miami, FL 33137
Tel: 305.907.7697
alana@communityjusticeproject.com
berbeth@communityjusticeproject.com

denise@communityjusticeproject.com
miriam@communityjusticeproject.com

**Anya A. Marino, Esq. (1021406)**
**Max H. Gaston, Esq. (6312871)**
**Daniel B. Tilley, Esq. (102882)**
**Nicholas Warren, Esq. (1019018)**
American Civil Liberties Union Foundation of Florida, Inc.
4343 West Flagler Street, Suite 400
Miami, FL 33134
Tel: 786.363.2707
Tel: 786.363.1392 - Max
amarino@aclufl.org
mgaston@aclufl.org
dtilley@aclufl.org
nwarren@aclufl.org

**Steven H. Schulman, Esq. (453680)**
**James E. Tysse, Esq.**
**Miranda Alyssa Dore, Esq. (1617089)**
**Caroline Wolverton, Esq. (496433)**
Akin Gump Strauss Hauer & Feld, LLP
Robert S. Strauss Tower
2001 K Street N.W.
Washington, D.C. 20006
Tel: 202.887.4000
Fax: 202.887.4288
sschulman@akingump.com
jtysse@akingump.com
mdore@akingump.com
cwolverton@akingump.com

**Nicolas E. Petree, Esq. (24083657)**
Akin Gump Strauss Hauer & Feld, LLP

1111 Louisiana Street, 44th Floor
Houston, TX 77002
Tel: 713.220.5800
Fax: 713.236.0822
npetree@akingump.com

**Erica E. Holland, Esq. (5407002)**
**Joseph L. Sorkin, Esq. (4638409)**
Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000
Fax: 212.872.1002
eholland@akingump.com
jsorkin@akingump.com

*Attorneys for Defendants*

**Matthew J. Carson, Esq.**
**Michael Spellman, Esq.**
Sniffen & Spellman, P.A.
*Attorneys for Defendant, Walt McNeil, as Sheriff of Leon County*
123 North Monroe Street
Tallahassee, FL 32301
Tel: 850-205-1996
Fax: 850.205.3004
mcarson@sniffenlaw.com
mspellman@sniffenlaw.com

**James W. Uthmeier, General Counsel**
**Nicholas J.P. Meros, Deputy General Counsel**
Executive Office of the Governor
*Attorneys for Defendant, Ron DeSantis, Governor*
The Capitol, PL-05

400 S. Monroe Street
Tallahassee, FL 32399
Tel: 850.717.9310
James.uthmeier@eog.myflorida.com
Nicholas.meros@eog.myflorida.com

**Emily C. Percival, Esq.**
*Attorneys for Defendant, Ron DeSantis, Governor*
Executive Office of the Governor
The Capitol, 1702
400 S. Monroe Street
Tallahassee, FL 32399
Tel: 850.717.9416
Emily.percival@laspbs.state.fl.us

**Anita J. Patel, Sr. Asst. Attorney General, Complex Litigation**
Office of the Attorney General
*Attorneys for Defendant, Ashley Moody, Attorney General*
The Capitol, PL-01
Tallahassee, FL 32399
Tel: 850.414.3300
Anita.patel@myfloridalegal.com

**Jon R. Phillips, Deputy General Counsel**
**Mary Margaret Giannini, Asst. General Counsel**
**Gabriella Young, Asst. General Counsel**
**Sonya Harrell, Chief, Tort & Emp. Lit**
Office of General Counsel
*Attorneys for Defendant, Mike Williams, Sheriff of Jacksonville/Duval County, Florida*
117 W. Duval Street, Suite 480
Jacksonville, FL. 32202
Tel: 904.255.5069
Fax: 904.255.5120

JPhillips@coj.net
MGiannini@coj.net
GCYoung@coj.net
sonyah@coj.net


**Michael R. Piper, Esq.**
**Christopher J. Stearns, Esq.**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
*Attorneys for Gregory Tony, as Sheriff of Broward County*
2455 E. Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Tel: (954) 463-0100
Fax: (954) 463-2444
piper@jambg.com / stearns@jambg.com