IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| THE DREAM DEFENDERS, *et al*., <br>                 Plaintiffs, <br> v. <br> RON DESANTIS, *et al*. <br>                 Defendants. | Case No.: 4:21-cv-191 |

## Plaintiffs' Sentence Diagrams and Explanations

The Court requested a sentence diagram for section 870.01(2), Florida Statutes (2021), along with a "written explanation of each diagram" that also includes parts of speech. ECF 108. Plaintiffs submit their diagrams and explanations below.

## § 870.01, Florida Stat. (2021)

(2) A person commits a riot if he or she willfully participates in a violent public disturbance involving an assembly of three or more persons, acting with a common intent to assist each other in violent and disorderly conduct, resulting in: (a) Injury to another person; (b) Damage to property; or (c) Imminent danger of injury to another person or damage to property.

[see next page]

## Plaintiffs' Interpretation



Explanation: In this diagram, the postpositive modifier "acting with a common intent to assist each other in violent and disorderly conduct" is set off by commas in order to describe a quality of the "assembly of three or more persons" while ensuring the link of the "resulting in" language back to the "violent public disturbance," meaning the injury creating liability is caused by anyone at the

"violent public disturbance." This reading is the only reading that makes grammatical use of *both* commas. *Compare* ECF 116 at 13 & n.5.

## The Interpretation Advanced by Defendants



Explanation: In this diagram, the postpositive modifier "acting with a common intent to assist each other in violent and disorderly conduct" is used to describe both the "three or more persons" and the "person." This reading (predominantly Sheriff Williams's reading) is ungrammatical because it does not make grammatical use of both commas. *See* ECF 116 at 13 & n.5. One of Governor DeSantis's varied interpretations, which does not turn on the use of commas, is also unavailing. *See id.* at 13–14 & n.5. This reading would give Section 15 the same meaning as the common law definition of riot.

## **Parts of Speech**

"A" – indefinite article

"person" – noun, subject of the sentence

"commits" – verb

"a" – indefinite article

"riot" – noun, direct object of "commits"

"if" – conjunction

"he" – pronoun, nominative

"or" – coordinating conjunction

"she" – pronoun, nominative

"willfully" – adverb

"participates" – verb

4

"willfully participates" – adverbial phrase

"in" – preposition

"a" – indefinite article

"violent" – adjective

"public" – adjective

"disturbance" – noun, object of the preposition "in"

"involving" – present participle

"an" – indefinite article

"assembly" – noun

"of" – preposition

"three" – adjective

"or" – coordinating conjunction

"more" – adjective

"persons" – noun

"assembly of three or more persons" – noun phrase (or: noun followed by prepositional phrase; "persons" is the object of the preposition "of")

"acting" – present participle

"with" – preposition

"a" – indefinite article

"common" – adjective modifying "intent"

5

"intent" – noun, object of the preposition "with"

"with a common intent" – prepositional phrase

"to" – infinitive marker

"assist" – infinitive form of verb

"each other" – compound reciprocal pronoun, direct object of infinitive "to assist"

"in" – preposition

"violent" – adjective modifying "conduct"

"and" – coordinating conjunction

"disorderly" – adjective modifying "conduct"

"conduct" – noun, object of the preposition "in"

"in violent and disorderly conduct" – prepositional phrase

"acting with a common intent to assist each other in violent and disorderly conduct" – postpositive modifier, participial phrase

"resulting" – present participle

"in" – preposition

"resulting in"[1] – participial phrase


Dated: August 27, 2021                         Respectfully submitted,

                                                                           /s/ Daniel B. Tilley

---

[1] Terms after "resulting in" have been omitted because their significance is not in dispute.

| | |
|---|---|
| **NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.** | **COMMUNITY JUSTICE PROJECT, INC.** |

*/s/ Rachel M. Kleinman*  
Rachel M. Kleinman*  
rkleinman@naacpldf.org  
Morenike Fajana*  
mfajana@naacpldf.org  
40 Rector Street, 5th Floor  
New York, NY 10006  
Telephone: (212) 965-3709  
Facsimile: (212) 226-7592  
-and-  
Georgina C. Yeomans*  
gyeomans@naacpldf.org  
Jason P. Bailey*  
jbailey@naacpldf.org  
700 14th Street NW, Suite 600  
Washington, DC 20005  
Telephone: (202) 216-2721  
Facsimile: (202) 682-1312  

*/s/ Alana Greer*  
Alana Greer  
Florida Bar No. 92423  
alana@communityjusticeproject.com  
Berbeth Foster  
Florida Bar No. 83375  
berbeth@communityjusticeproject.com  
Denise Ghartey  
Florida Bar No. 1019211  
denise@communityjusticeproject.com  
Miriam Haskell  
Florida Bar No. 069033  
miriam@communityjusticeproject.com  
3000 Biscayne Blvd., Suite 106  
Miami, Florida 33137  
Telephone: (305) 907-7697  

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA, INC.**

*/s/ Max H. Gaston*  
Max H. Gaston*  
mgaston@aclufl.org  
Daniel B. Tilley  
Florida Bar No. 102882  
dtilley@aclufl.org  
Nicholas Warren  
Florida Bar No. 1019018  
nwarren@aclufl.org  
4343 West Flagler Street, Suite 400  
Miami, Florida 33134  

**AKIN GUMP STRAUSS HAUER & FELD LLP**

*/s/ Joseph L. Sorkin*  
Joseph L. Sorkin*  
jsorkin@akingump.com  
Anne M. Evans**  
aevans@akingump.com  
Erica E. Holland*  
eholland@akingump.com  
One Bryant Park  
New York, New York 10036  
Telephone: (212) 872-1000  
Facsimile: (212) 872-1002  
-and-  

7

<div style="display: flex;">

Telephone: (786) 363-2700  
Telephone: (786) 363-2707  

Steven H. Schulman*  
sschulman@akingump.com  
James E. Tysse*  
jtysse@akingump.com  
Miranda Alyssa Dore*  
mdore@akingump.com  
Caroline L. Wolverton*  
cwolverton@akingump.com  
Robert S. Strauss Tower  
2001 K Street N.W.  
Washington, D.C. 20006  
Telephone: (202) 887-4000  
Facsimile: (202) 887-4288  
-and-  
Nicholas E. Petree*  
npetree@akingump.com  
1111 Louisiana Street, 44th Floor  
Houston, Texas 77002-5200  
Telephone: (713) 220-5800  
Facsimile: (713) 236-0822  

*Admitted pro hac vice  
** Pro Hac Vice Applications to be filed  

Counsel for Plaintiffs

</div>