# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

THE DREAM DEFENDERS,
THE BLACK COLLECTIVE, *et al.*,

    Plaintiffs,

v.

RON DESANTIS, *et al.*,

    Defendants.

Case No.: 4:21-cv-191-MW-MAF

## PLAINTIFFS' UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to N.D. Loc. R. 11.1(H), plaintiffs move to withdraw attorney Anya A. Marino from this case as counsel for plaintiffs. As grounds therefore, plaintiffs state:

1. Ms. Marino left her employment with the ACLU Foundation of Florida.

2. On August 10, 2021, counsel for plaintiffs provided notice to plaintiffs of Ms. Marino's intent to withdraw from representation.

3. Plaintiffs consent to Ms. Marino's withdrawal from representation.

4. Plaintiffs were provided 14 days' notice prior to the filing of this motion for withdrawal of counsel.

5. The remaining co-counsel of record will continue to represent plaintiffs in this case.

WHEREFORE, plaintiffs respectfully request that this Court grant Anya A. Marino leave to withdraw.

## CERTIFICATE OF CONFERRAL

Counsel for plaintiffs has conferred with counsel for defendants who do not oppose this motion.

## CERTIFICATE OF WORD COUNT

Pursuant to N.D. Loc. R. 7.1(F), the above motion contains 138 words, which includes the headings, footnotes, and quotations, but does not include the case style, signature block or Certificates of Word Count and Service.

Dated:  August 27, 2021                    Respectfully submitted,

*/s/ Daniel B. Tilley*
Daniel B. Tilley

| **NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.** | **COMMUNITY JUSTICE PROJECT, INC.** |
|---|---|
| */s/ Rachel M. Kleinman*<br>Rachel M. Kleinman*<br>rkleinman@naacpldf.org<br>Morenike Fajana*<br>mfajana@naacpldf.org<br>40 Rector Street, 5th Floor<br>New York, NY 10006<br>Telephone: (212) 965-3709<br>Facsimile: (212) 226-7592<br>-and-<br>Georgina C. Yeomans*<br>gyeomans@naacpldf.org<br>Jason P. Bailey*<br>jbailey@naacpldf.org | */s/ Alana Greer*<br>Alana Greer<br>Florida Bar No. 92423<br>alana@communityjusticeproject.com<br>Berbeth Foster<br>Florida Bar No. 83375<br>berbeth@communityjusticeproject.com<br>Denise Ghartey<br>Florida Bar No. 1019211<br>denise@communityjusticeproject.com<br>Miriam Haskell<br>Florida Bar No. 069033<br>miriam@communityjusticeproject.com<br>3000 Biscayne Blvd., Suite 106 |

700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 216-2721
Facsimile: (202) 682-1312

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA, INC.**

*/s/ Max H. Gaston*
Max H. Gaston*
mgaston@aclufl.org
Daniel B. Tilley
Florida Bar No. 102882
dtilley@aclufl.org
Nicholas Warren
Florida Bar No. 1019018
nwarren@aclufl.org
4343 West Flagler Street, Suite 400
Miami, Florida 33134
Telephone: (786) 363-2700
Telephone: (786) 363-2707

Miami, Florida 33137
Telephone: (305) 907-7697

**AKIN GUMP STRAUSS HAUER & FELD LLP**

*/s/ Joseph L. Sorkin*
Joseph L. Sorkin*
jsorkin@akingump.com
Anne M. Evans**
aevans@akingump.com
Erica E. Holland*
eholland@akingump.com
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
-and-
Steven H. Schulman*
sschulman@akingump.com
James E. Tysse*
jtysse@akingump.com
Miranda Alyssa Dore*
mdore@akingump.com
Caroline L. Wolverton*
cwolverton@akingump.com
Robert S. Strauss Tower
2001 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
-and-
Nicholas E. Petree*
npetree@akingump.com
1111 Louisiana Street, 44th Floor
Houston, Texas 77002-5200
Telephone: (713) 220-5800
Facsimile: (713) 236-0822

3

*\*Admitted pro hac vice*
*\*\* Pro Hac Vice Applications to be filed*

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 27, 2021, the foregoing was served by electronic notice generated through the CM/ECF service on all counsel or parties of record.

/s/ Daniel B. Tilley
Daniel B. Tilley

*Attorney for Plaintiffs*