UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THE DREAM DEFENDERS, et al.,

    *Plaintiffs*,

v.

RON DESANTIS, in his official
capacity as Governor of the State of
Florida, et al.,

    *Defendants*.
_____/

Case No. 4:21-cv-00191

## GOVERNOR DESANTIS' RULE 26(a)(1)
## FIRST SUPPLEMENTAL INITIAL DISCLOSURES

Defendant, Ron DeSantis, in his official capacity as Governor of the State of Florida ("Governor DeSantis"), pursuant to Federal Rule of Civil Procedure 26(a)(1) and the Court's Initial Scheduling Order (Doc. 33), discloses the following:

### PRELIMINARY STATEMENT

Governor DeSantis, by providing these First Supplemental Initial Disclosures, neither admits the relevance or admissibility of the information disclosed, nor does he waive attorney-client privilege, work-product protection, or any other applicable privilege, protection, or immunity. Further, Governor DeSantis reserves the right to use the information provided for any proper

1

purpose during this action or any subsequent proceeding consistent with the Federal Rules of Civil Procedure and the Local Rules of this Court.

Governor DeSantis makes these First Supplemental Initial Disclosures based upon the information reasonably available to him currently, recognizing that his investigations continue. Governor DeSantis reserves his right to clarify, alter, amend, modify, or supplement these First Supplemental Initial Disclosures if and when additional information becomes available to them, to the extent required by the Federal Rules of Civil Procedure and the Local Rules of this Court.

I. **FED. R. CIV. P. 26(a)(1)(A)(i)**: *The name of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses.*

   1. **Andrew King**
      Assistant General Counsel
      Executive Office of the Governor
      400 S Monroe St, PL-02
      Tallahassee, FL 32399
      (850) 717-9310

      Mr. King is likely to have knowledge of the facts and circumstances relevant to this case, including, but not limited to, the drafting and preparation of the legislation at issue.

   2. **Tashiba Robinson**
      Policy Chief, Public Safety Unit
      Office of Policy & Budget
      Executive Office of the Governor
      400 S Monroe St, 1802C
      Tallahassee, FL 32399
      (850) 717-9512

Ms. Robinson is likely to have knowledge of the facts and circumstances relevant to this case, including, but not limited to, the drafting and preparation of the legislation at issue.

3. **Dylan Fisher**
   Policy Chief, Policy Unit
   Office of Policy & Budget
   Executive Office of the Governor
   400 S Monroe St, 1802C
   Tallahassee, FL 32399
   (850) 717-9550

   Mr. Fisher is likely to have knowledge of the facts and circumstances relevant to this case, including, but not limited to, the drafting and preparation of the legislation at issue.

4. **Taryn Fenske**
   Director of Communications
   Executive Office of the Governor
   400 S Monroe St, PL-02
   Tallahassee, FL 32399
   (850) 717-9282

   Ms. Kopelousos is likely to have knowledge of the facts and circumstances relevant to this case, including, but not limited to, the drafting of talking points and implementation of the media strategy related to HB 1.

5. **Andres Prado**
   Analyst, General Government
   Office of Policy & Budget
   Executive Office of the Governor
   400 S Monroe St, 1802C
   Tallahassee, FL 32399
   (850) 717-9509

   Mr. Prado is likely to have knowledge of the facts and circumstances relevant to this case, including, but not limited to, the drafting and preparation of the legislation at issue.

6.  **Stephanie Kopelousos**
    Director of Legislative Affairs
    Executive Office of the Governor
    400 S Monroe St, PL-02
    Tallahassee, FL 32399
    (850) 717-9320

    Ms. Kopelousos is likely to have knowledge of the facts and circumstances relevant to this case, including, but not limited to, the Florida legislative process and procedures during the passage of HB 1.

7.  **Sheriff Bob Gualtieri**
    Pinellas County Sheriff's Office
    10750 Ulmerton Road
    Largo, FL 33778
    (727) 582-6201

    Sheriff Gualtieri is likely to have knowledge of the facts and circumstances relevant to this case, including, but not limited to, the recent violent public demonstrations throughout Florida and the circumstances necessitating HB 1.

8.  Any and all individuals named in Plaintiffs' Complaint.

9.  Individuals identified in Plaintiffs' Fed. R. Civ. P. 26(a)(1) Initial Disclosures.

II. **FED. R. CIV. P. 26(a)(1)(A)(ii)**: *A copy – or a description by category and location – of all documents, electronically stored information, and tangible things in the disclosing party's possession, custody, or control that it may use to support its defenses.*

1.  House Bill 1 – "Combating Public Disorder," Chapter No. 2021.

2.  Justice Appropriations Subcommittee Bill Analysis (post-meeting), posted on March 22, 2021.

The analysis can be found at https://www.flsenate.gov/Session/Bill/2021/1/Analyses/h0001c.JUA.PDF

    3.    Judiciary Committee Bill Analysis (post-meeting), posted on March 22, 2021.

The analysis can be found at https://www.flsenate.gov/Session/Bill/2021/1/Analyses/h0001d.JDC.PDF

    4.    Appropriations Committee Bill Analysis (pre-meeting), posted on April 8, 2021.

The analysis can be found at https://www.flsenate.gov/Session/Bill/2021/1/Analyses/2021h00001.pre.ap.PDF

    5.    Appropriations Committee Bill Analysis (post-meeting), posted on April 9, 2021.

The analysis can be found at https://www.flsenate.gov/Session/Bill/2021/1/Analyses/2021h00001.ap.PDF

    6.    Criminal Justice and Public Safety Subcommittee Bill Analysis (post-meeting), posted on May 17, 2021.

The analysis can be found at https://www.flsenate.gov/Session/Bill/2021/1/Analyses/h0001z.CRM.PDF

    7.    Documents identified in Plaintiffs' Fed. R. Civ. P. 26(a)(1) Initial Disclosures.

    8.    All documents identified in discovery or attached to any pleading/motion filed in this case.

III.    **FED. R. CIV. P. 26(a)(1)(A)(iii)**: *A computation of each category of damages claimed by the disclosing party*.

Governor DeSantis does not seek damages in this case.

IV.    **FED. R. CIV. P. 26(a)(1)(A)(iv)**: *Any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.*

No insurance policy applies to the facts and issues in this case.

Dated: September 17, 2021　　　　Respectfully submitted,

**RON DESANTIS**
**GOVERNOR**

/s/ *Nicholas J.P. Meros*
JAMES W. UTHMEIER (FBN 113156)
*General Counsel*
NICHOLAS J.P. MEROS (FBN 120270)
*Deputy General Counsel*
EXECUTIVE OFFICE OF THE GOVERNOR
The Capitol, PL-5
400 S. Monroe Street
Tallahassee, FL 32399
Phone: (850) 717-9310
Facsimile: (850) 488-9810
James.Uthmeier@eog.myflorida.com
Nicholas.Meros@eog.myflorida.com
Gov.legal@eog.myflorida.com

*Counsel for Governor Ron DeSantis*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was e-mailed to the following counsel of record on this 17th day of September, 2021.

Rachel M. Kleinman
Morenike Fajana
**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**
40 Rector Street, 5th Floor
New York, NY 10006
rkleinman@naacpldf.org
mfajana@naacpldf.org

Georgina C. Yeomans
**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**
700 14th Street NW, Suite 600
Washington, DC 20005
gyeomans@naacpldf.org

Alana Greer
Berbeth Foster
Denise Ghartey
Miriam Haskell
**COMMUNITY JUSTICE PROJECT**
3000 Biscayne Blvd. Suite 106
Miami, Florida 33137
alana@communityjusticeproject.com
berbeth@communityjusticeproject.com
denise@communityjusticeproject.com
miriam@communityjusticeproject.com

Anya A. Marino
Max H. Gaston
Daniel B. Tilley
Nicholas Warren
**AMERICAN CIVIL LIBERTIES**

Anita J. Patel
Karen Brodeen
**OFFICE OF THE ATTORNEY GENERAL**
PL-01, The Capitol
Tallahassee, FL 32399
Anita.Patel@myfloridalegal.com
karen.brodeen@myfloridalegal.com

*Attorneys for Intervenor, Attorney General Ashley Moody, and Governor Ron DeSantis*

Matthew J. Carson
Michael P. Spellman
**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
mcarson@sniffenlaw.com
mspellman@sniffenlaw.com

*Attorneys for Defendant, Sheriff Walt McNeil*

Michael R. Piper
Christopher J. Stearns
**JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A.**
2455 E Sunrise Boulevard, Suite 1000
Ft. Lauderdale, Florida 33304
Piper@jambg.com
Stearns@jambg.com

FOUNDATION OF FLORIDA, INC.
4343 West Flagler Street, Suite 400
Miami, Florida 33134
amarino@aclufl.org
mgaston@aclufl.org
dtilley@aclufl.org
nwarren@aclufl.org

Joseph L. Sorkin
Anne M. Evans
Erica E. Holland
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, New York 10036
jsorkin@akingump.com
aevans@akingump.com
eholland@akingump.com

Steven H. Schulman
James E. Tysse
Caroline L. Wolverton
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 K Street N.W.
Washington, D.C. 20006
sschulman@akingump.com
jtysse@akingump.com
cwolverton@akingump.com

*Attorneys for Plaintiffs*

*Attorneys for Defendant, Sheriff Gregory Tony*

Jon R. Phillips
Gabriella Young
Mary Margaret Giannini
**OFFICE OF GENERAL COUNSEL CITY OF JACKSONVILLE**
117 West Duval Street, Suite 480
Jacksonville, FL 32202
GCYoung@coj.net
HDugan@coj.net
JPhillips@coj.net
CRegister@coj.net
MGiannini@coj.net
Aseegobin@coj.net

*Attorneys for Defendant, Sheriff Mike Williams*

/s/ *Nicholas J.P. Meros*
NICHOLAS J.P. MEROS
Deputy General Counsel

8