IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THE DREAM DEFENDERS, et al.,

    Plaintiffs,

v.                                                   Case No.: 4:21-CV-191

RON DESANTIS, in his official capacity
as Governor of the State of Florida, et
al.,

    Defendants.
_____/

## DEFENDANT WILLIAMS' NOTICE OF APPEAL OF ORDER ISSUING PRELIMINARY INJUNCTION

Notice is hereby given that, pursuant to 28 U.S.C. § 1292(a)(1), Defendant Sheriff Mike Williams, in his official capacity as Sheriff of the City of Jacksonville, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the September 9, 2021, Order entered by the United States District Court for the Northern District of Florida (Doc. #137) granting Plaintiffs' motion (Doc. #64) and issuing a preliminary injunction against Defendants. The Order (Doc. #137) is attached to this Notice of Appeal.

Respectfully submitted,

**OFFICE OF GENERAL COUNSEL
CITY OF JACKSONVILLE**

*/s/ Sonya Harrell*
**Jon R. Phillips**
Deputy General Counsel
Florida Bar No. 273813
JPhillips@coj.net; CRegister@coj.net
**Sonya Harrell**
Chief, Tort and Employment Litigation
Florida Bar No. 0042803
SonyaH@coj.net; BOsburn@coj.net
**Gabriella Young**
Chief, JSO and Regulatory
Florida Bar No.: 0183709
GCYoung@COJ.net; HDugan@coj.net
**Mary Margaret Giannini**
Assistant General Counsel
Florida Bar No. 1005572
MGiannini@coj.net; Aseegobin@coj.net
**Helen Peacock Roberson**
Assistant General Counsel
Florida Bar No.: 0016196
HRoberson@coj.net
**Laura J. Boeckman**
Assistant General Counsel
Florida Bar No.: 527750
LBoeckman@coj.net; Sstevison@coj.net
117 West Duval Street, Suite 480
Jacksonville, FL 32202
Phone: (904) 255-5100
Facsimile: (904) 255-5120
Attorneys for Defendant Mike Williams in his official capacity as Sheriff of the Jacksonville Sheriff's Office

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of October, 2021, a copy of this document was filed electronically through the CM/ECF system and furnished by email to all counsel of record.

*/s/ Sonya Harrell*
Attorney for Defendant Mike Williams
