# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

THE DREAM DEFENDERS,
THE BLACK COLLECTIVE, *et al.*,

    Plaintiffs,

v().

RON DESANTIS, *et al.*,

    Defendants.

Case No.: 4:21-cv-191-MW-MAF

## PLAINTIFFS' UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to N.D. Loc. R. 11.1(H), Plaintiffs move to withdraw attorney Max H. Gaston from this case as counsel for Plaintiffs. As grounds therefore, Plaintiffs state:

1.    Mr. Gaston left his employment with the ACLU Foundation of Florida.

2.    On October 12, 2021, counsel for Plaintiffs provided notice to Plaintiffs of Mr. Gaston's intent to withdraw from representation.

3.    Plaintiffs consent to Mr. Gaston's withdrawal from representation.

4.    Plaintiffs were provided 14 days' notice prior to the filing of this motion for withdrawal of counsel.

5.    The remaining co-counsel of record will continue to represent Plaintiffs in this case.

WHEREFORE, Plaintiffs respectfully request that this Court grant Max H. Gaston leave to withdraw.

## CERTIFICATE OF CONFERRAL

Counsel for Plaintiffs has conferred with counsel for defendants, who do not oppose this motion.

## CERTIFICATE OF WORD COUNT

Pursuant to N.D. Loc. R. 7.1(F), the above motion contains 138 words, which includes the headings, footnotes, and quotations, but does not include the case style, signature block or Certificates of Word Count and Service.

Dated:  October 26, 2021

Respectfully submitted,

*/s/ Daniel B. Tilley*
Daniel B. Tilley

| **NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.** | **COMMUNITY JUSTICE PROJECT, INC.** |
|---|---|
| */s/ Rachel M. Kleinman* | */s/ Alana Greer* |
| Rachel M. Kleinman* | Alana Greer |
| rkleinman@naacpldf.org | Florida Bar No. 92423 |
| Morenike Fajana* | alana@communityjusticeproject.com |
| mfajana@naacpldf.org | Berbeth Foster |
| 40 Rector Street, 5th Floor | Florida Bar No. 83375 |
| New York, NY 10006 | berbeth@communityjusticeproject.com |
| Telephone: (212) 965-3709 | Denise Ghartey |
| Facsimile: (212) 226-7592 | Florida Bar No. 1019211 |
| -and- | denise@communityjusticeproject.com |
| Georgina C. Yeomans* | Miriam Haskell |
| gyeomans@naacpldf.org | Florida Bar No. 069033 |
| Jason P. Bailey* | miriam@communityjusticeproject.com |

jbailey@naacpldf.org
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 216-2721
Facsimile: (202) 682-1312

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA, INC.**

*/s/ Daniel B. Tilley*
Daniel B. Tilley
Florida Bar No. 102882
dtilley@aclufl.org
Nicholas Warren
Florida Bar No. 1019018
nwarren@aclufl.org
4343 West Flagler Street, Suite 400
Miami, Florida 33134
Telephone: (786) 363-2700
Telephone: (786) 363-2707
-and-
Jerry C. Edwards
Florida Bar No. 1003437
jedwards@aclufl.org
933 Lee Road, Suite 102
Orlando, Florida 32810
Telephone: (786) 363-1107
-and-
Jacqueline Azis
Florida Bar No. 101057
jazis@aclufl.org
4023 N. Armenia Avenue, Suite 450
Tampa, Florida 33607
Telephone: (786) 363-2708

3000 Biscayne Blvd., Suite 106
Miami, Florida 33137
Telephone: (305) 907-7697

**AKIN GUMP STRAUSS HAUER & FELD LLP**

*/s/ Joseph L. Sorkin*
Joseph L. Sorkin*
jsorkin@akingump.com
Anne M. Evans*
aevans@akingump.com
Erica E. Holland*
eholland@akingump.com
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
-and-
Steven H. Schulman*
sschulman@akingump.com
James E. Tysse*
jtysse@akingump.com
Miranda Alyssa Dore*
mdore@akingump.com
Caroline L. Wolverton*
cwolverton@akingump.com
Zara H. Shore*
zshore@akingump.com
Robert S. Strauss Tower
2001 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
-and-
Nicholas E. Petree*
npetree@akingump.com
1111 Louisiana Street, 44th Floor

3

Houston, Texas 77002-5200
Telephone: (713) 220-5800
Facsimile: (713) 236-0822

*Admitted pro hac vice*

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 26, 2021, the foregoing was served by electronic notice generated through the CM/ECF service on all counsel or parties of record.

*/s/ Daniel B. Tilley*
Daniel B. Tilley

*Attorney for Plaintiffs*

5