IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THE DREAM DEFENDERS,
THE BLACK COLLECTIVE, *et al.*,

    Plaintiffs,

v.

RON DESANTIS, *et al.*,

    Defendants.

Case No.: 4:21-cv-191-MW-MAF

## NINTH JOINT STATUS REPORT

Pursuant to the Court's Initial Scheduling Order (ECF No. 33) and the Court's May 11, 2022 docket entry, the Parties file their Ninth Joint Status Report as follows:

1. On September 9, 2021, this Court issued a preliminary injunction order, enjoining Defendants from enforcing Section 15 of HB1. On October 13, 2021, the Governor and Sheriff Williams each filed a notice of appeal with the Eleventh Circuit.

2. On December 10, 2021, this Court issued an order (ECF 180) canceling trial and staying deadlines for filing dispositive motions pending a ruling from the Eleventh Circuit in the appeal of the preliminary injunction.

3. That appeal has been fully briefed in accordance with the expedited briefing schedule the Parties requested from the Eleventh Circuit. Oral argument

took place on March 17, 2022.  The Eleventh Circuit's ruling on the appeal has not yet issued.

Dated: June 10, 2022 /s/ Joseph L. Sorkin
Joseph L. Sorkin

*Counsel for Plaintiffs*

**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**

*/s/ Rachel M. Kleinman*
Rachel M. Kleinman*
rkleinman@naacpldf.org
Morenike Fajana*
mfajana@naacpldf.org
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-3709
Facsimile: (212) 226-7592
-and-
Georgina C. Yeomans*
gyeomans@naacpldf.org
Anuja D. Thatte*
athatte@naacpldf.org
Jason Bailey*
jbailey@naacpldf.org
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 216-2721
Facsimile: (202) 682-1312

**COMMUNITY JUSTICE PROJECT, INC.**

*/s/ Alana Greer*
Alana Greer
Florida Bar No. 92423
alana@communityjusticeproject.com
Berbeth Foster
Florida Bar No. 83375
berbeth@communityjusticeproject.com
Denise Ghartey
Florida Bar No. 1019211
denise@communityjusticeproject.com
Miriam Haskell
Florida Bar No. 069033
miriam@communityjusticeproject.com
3000 Biscayne Blvd.
Suite 106
Miami, Florida 33137
Telephone: (305) 907-7697

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA, INC.**

*/s/ Daniel Tilley*
Daniel B. Tilley
Florida Bar No. 102882
dtilley@aclufl.org
Nicholas Warren
Florida Bar No. 1019018
nwarren@aclufl.org
Katherine H. Blankenship
Florida Bar No. 1031234
Jacqueline Azis
Florida Bar No. 0101057
Jerry Edwards
Florida Bar No. 1003437
4343 West Flagler Street
Suite 400
Miami, Florida 33134
Telephone: (786) 363-2700
Telephone: (786) 363-2707

**AKIN GUMP STRAUSS HAUER & FELD LLP**

*/s/ Joseph L. Sorkin*
Joseph L. Sorkin*
jsorkin@akingump.com
Anne M. Evans*
aevans@akingump.com
Erica E. Holland*
eholland@akingump.com
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
-and-
Steven H. Schulman*
sschulman@akingump.com
James E. Tysse*
jtysse@akingump.com
Caroline L. Wolverton*
cwolverton@akingump.com
Robert S. Strauss Tower
2001 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
-and-
Nicholas E. Petree*
npetree@akingump.com
1111 Louisiana Street, 44th Floor
Houston, Texas 77002-5200
Telephone: (713) 220-5800
Facsimile: (713) 236-0822

*Counsel for Plaintiffs*

**Admitted pro hac vice*

/s/ *Nicholas J.P. Meros*
Nicholas J.P. Meros (Fla. Bar # 120270)
*Deputy General Counsel*
EXECUTIVE OFFICE OF THE GOVERNOR
The Capitol, PL-5
400 S. Monroe Street
Tallahassee, FL 32399
Phone: (850) 717-9310
Facsimile: (850) 488-9810
Nicholas.Meros@eog.myflorida.com
Gov.legal@eog.myflorida.com

*Counsel for Governor Ron DeSantis*


/s/ *Matthew J. Carson*
**MATTHEW J. CARSON**
Florida Bar No. 0827711
Email: mcarson@sniffenlaw.com
**MICHAEL P. SPELLMAN**
Florida Bar No. 0937975
Email: mspellman@sniffenlaw.com
**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Attorneys for Defendant
Sheriff Walt McNeil*

/s/ *Jon R. Phillips*
Jon R. Phillips
Deputy General Counsel
Florida Bar No. 273813
Email: JPhillips@coj.net
Secondary Email: CRegister@coj.net
117 West Duval Street
Suite 480 Jacksonville, FL 32202
Phone: (904) 255-5100
Facsimile: (904) 255-5120
*Attorney for Defendant,
Mike Williams, in his official capacity
as Sheriff of the Jacksonville Sheriff's
Office*

/s/ *Michael R. Piper*
Michael R. Piper, Esq.
Christopher J. Stearns, Esq.
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
2455 E. Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Tel:(954) 463-0100
Fax:(954) 463-2444
piper@jambg.com
stearns@jambg.com

*Attorneys for Gregory Tony,
as Sheriff of Broward County*


/s/ *Anita J. Patel*
Anita J. Patel (FBN 0070214)
Senior Assistant Attorney General
Complex Litigation
Karen Brodeen (FBN 512771)
Special Counsel
Office of the Attorney General
PL-01 The Capitol

Tallahassee, FL 32399-1050
850-414-3300
Anita.Patel@myfloridalegal.com

*Attorneys for Florida Attorney General Ashley Moody and Governor Ron DeSantis*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2022, a true copy of the foregoing has been filed with the Court utilizing its CM/ECF system, which will transmit a notice of electronic filing to all Plaintiffs' and Defendants' counsel of record registered with the Court for that purpose.

/s/ Joseph L. Sorkin
Joseph L. Sorkin

*Counsel for Plaintiffs*