IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THE DREAM DEFENDERS; THE
BLACK COLLECTIVE, INC., et al.

    Plaintiffs,

v.                                                    Case No.: 4:21-CV-191

RON DESANTIS, in his official capacity as
Governor of the State of Florida, et al.,

    Defendants.
_____/

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

    Pursuant to Local Rule 11.1(H), Karen A. Brodeen moves to withdraw as counsel of record for Defendants Ron DeSantis in his Official Capacity as Governor of the State of Florida, and Ashley Moody in her Official Capacity as Attorney General of the State of Florida, for the following reasons: The undersigned counsel is no longer assigned to be counsel of record in this case because she starts a new job on May 1, 2023.  Defendants DeSantis and Moody continue to be represented in this case through other counsel from the Office of the Attorney General, and Defendant DeSantis also is represented by counsel from the Executive Office of the Governor. Accordingly, the undersigned counsel's withdrawal from this case should not cause any prejudice or delay.

    Moreover, the undersigned counsel is authorized to represent that the Attorney General of Florida and Governor DeSantis have been given 14 day notice of this withdrawal and they consent to her withdrawal, and Plaintiffs do not oppose this motion.

Wherefore, good cause having been shown, Karen A. Brodeen requests that this Court enter an order allowing her to withdraw as counsel from this case.

.

**Respectfully submitted,**

*/s/ Karen A. Brodeen*
KAREN A. BRODEEN  (FBN 512771)
Special Counsel
Office of the Attorney General
General Civil Litigation Division
Complex Litigation
PL – 01 The Capitol
Tallahassee, Florida 32399-1050
(850) 414-3665
Karen.Brodeen@myfloridalegal.com

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that she conferred by email on April 11, 2023, with James Tysse, counsel for Plaintiffs, about this motion and she is authorized to represent that Plaintiffs do not oppose this motion.

*/s/ Karen A. Brodeen*
Karen A. Brodeen

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of April 2023, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notice to all counsel of record.

*/s/ Karen A. Brodeen*
Karen A. Brodeen