IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**THE DREAM DEFENDERS,**
et al.,

    *Plaintiffs*,

v.                              Case No.: 4:21cv191-MW/MAF

**RON DESANTIS, in his official
capacity as Governor of the
State of Florida, et. al.,**

    *Defendants*.
_____/

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

This Court has considered, without hearing, the unopposed motion to withdraw Karen A. Brodeen as counsel for Defendants Ron DeSantis and Ashley Moody. ECF No. 190. Defendants continue to be represented by counsel, and representation will continue uninterrupted. This motion is, therefore, **GRANTED**. The Clerk shall disconnect Ms. Brodeen from CM/ECF on this matter.

    **SO ORDERED on April 21, 2023.**

                                          **s/Mark E. Walker**
                                          **Chief United States District Judge**