UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DREAM DEFENDERS, *et al.*,

   *Plaintiffs*,

v.                                                    Case No. 4:21-cv-191-MW/MAF

RON DESANTIS, *et al.*,

   *Defendants*.

_____/

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR GOVERNOR DESANTIS AND ATTORNEY GENERAL MOODY

   Pursuant to Local Rule 11.1(H), Bilal Ahmed Faruqui moves to withdraw as counsel for Governor Ron DeSantis and Attorney General Ashley Moody.

   Because of an internal transfer within the Office of the Attorney General, the undersigned counsel is no longer assigned to be counsel of record in this case. Governor DeSantis and Attorney General Moody continue to be represented by other counsel from the Office of the Attorney General and Governor DeSantis is also represented by counsel from the Executive Office of the Governor. Accordingly, the undersigned counsel's withdrawal from this case should not cause any prejudice or delay. The undersigned counsel is authorized to represent that Governor DeSantis and Attorney General Moody consent to his withdrawal. Counsel for Plaintiffs has indicated that Plaintiffs do not oppose this motion.

Wherefore, Bilal Ahmed Faruqui requests that this Court enter an order allowing him to withdraw as counsel from this case.

> ASHLEY MOODY
> ATTORNEY GENERAL
>
> */s/ Bilal Ahmed Faruqui*
> Bilal Ahmed Faruqui (FBN 15212)
> SPECIAL COUNSEL
> Office of the Attorney General
> The Capitol, PL-01
> Tallahassee, Florida 32399-1050
> Bilal.Faruqui@myfloridalegal.com
> (850) 414-3757

## Certificate of Conferral

I certify that I conferred with counsel for Plaintiffs, who indicated that Plaintiffs do not oppose this motion.

> */s/ Bilal Ahmed Faruqui*
> Bilal Ahmed Faruqui