# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**THE DREAM DEFENDERS,**
et al.,

    *Plaintiffs*,

v.                          Case No.: 4:21cv191-MW/MAF

**RON DESANTIS, in his official
capacity as Governor of the
State of Florida, et. al.,**

    *Defendants*.

_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This Court has considered, without hearing, the unopposed motion to withdraw Bilal Ahmed Faruqui as counsel for Defendants Ron DeSantis and Ashley Moody. ECF No. 192. Defendants continue to be represented by counsel, and representation will continue uninterrupted. This motion is, therefore, **GRANTED**. The Clerk shall disconnect Mr. Faruqui from CM/ECF on this matter.

**SO ORDERED on June 8, 2023.**

                                                 **s/Mark E. Walker**
                                                 **Chief United States District Judge**