## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

THE DREAM DEFENDERS, *et al.*,

    *Plaintiffs*,

            v.

RON DESANTIS, *et al.*,

    *Defendants*.

Case No.: 4:21-cv-191-MW-MAF

## PLAINTIFFS' UNOPPOSED MOTION FOR
## WITHDRAWAL OF COUNSEL

Pursuant to N.D. Loc. R. 11.1(H), Counsel for Plaintiffs move this court to withdraw Katherine H. Blankenship as counsel of record for Plaintiffs. As grounds therefore, Plaintiffs state:

1.     Ms. Blankenship wishes to withdraw as counsel for Plaintiffs because, as of November 3, 2023, she is no longer employed at the ACLU Foundation of Florida.

2.     Plaintiffs' counsel has notified Plaintiffs of these developments, and Plaintiffs consent to Ms. Blankenship's withdrawal from representation.

3.     The remaining co-counsel of record will continue to represent Plaintiffs in this case.

WHEREFORE, Plaintiffs respectfully request that this Court grant Katherine H. Blankenship leave to withdraw.

## CERTIFICATE OF CONFERRAL

Counsel for Plaintiffs has conferred with counsel for Defendants who do not oppose this motion.

## CERTIFICATE OF WORD COUNT

Pursuant to N.D. Loc. R. 7.1(F), the above motion contains 108 words, which includes any headings, footnotes, and quotations, but does not include the case style, signature block or certificates of word count and service.

Dated:  November 7, 2023                    Respectfully submitted,

*/s/ Katherine H. Blankenship*
Katherine H. Blankenship
Fla. Bar Number 1031234
ACLU Foundation of Florida
4343 W. Flagler Street, Suite 400
Miami, FL 33134
Tel: (786) 363-2700
kblankenship@aclufl.org

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 7, 2023, the foregoing was served by electronic notice generated through the CM/ECF service on all counsel or parties of record.

*/s/ Katherine H. Blankenship*
Katherine H. Blankenship

*Attorney for Plaintiffs*