# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**THE DREAM DEFENDERS, et al.,**

   *Plaintiffs*,

v.                            Case No.: 4:21cv191-MW/MAF

**RON DESANTIS, et al.,**

   *Defendants*.

_____/

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

This Court has considered, without hearing, Katherine H. Blankenship's unopposed motion for withdrawal of counsel for Plaintiffs. ECF No. 194. Plaintiffs have consented to the withdrawal, Plaintiffs continue to be represented by counsel, and Plaintiffs' representation will continue uninterrupted. Accordingly, the motion, ECF No. 194, is **GRANTED**. The Clerk shall disconnect Ms. Blankenship from CM/ECF in this matter and terminate the motion.

**SO ORDERED on November 7, 2023.**

                                           s/Mark E. Walker_____
                                           **Chief United States District Judge**