IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THE DREAM DEFENDERS, *et al.*,

        Plaintiffs,

v.

RON DESANTIS, *et al.*

        Defendants.

Case No.: 4:21-cv-191

## PLAINTIFFS' UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 11.1(H), undersigned counsel for Dream Defenders; The Black Collective, Inc; Chainless Change, Inc.; Black Lives Matter Alliance Broward; Florida State Conference of the NAACP; and Northside Coalition of Jacksonville, Inc. (collectively, "Plaintiffs") move to withdraw attorney Jason Bailey from this case as counsel for Plaintiffs.

1.    Mr. Bailey is no longer employed at the NAACP Legal Defense and Educational Fund, Inc. as of June 1, 2024.

2.    On May 20, 2024, counsel for Plaintiffs provided notice to Plaintiffs of Mr. Bailey's intent to withdraw from representation.

3.    Plaintiffs consent to Mr. Bailey's withdrawal from representation.

4.    Plaintiffs were provided 14 days' notice prior to the filing of this motion for withdrawal of counsel.

1

5.      The remaining co-counsel of record will continue to represent Plaintiffs in this case.

WHEREFORE, counsel for Plaintiffs respectfully request that this Court grant Jason Bailey leave to withdraw.

## CERTIFICATE OF CONFERRAL

Counsel for Plaintiffs have conferred with counsel for Defendants, who do not oppose this motion.

## CERTIFICATE OF WORD COUNT

Pursuant to Local Rule 7.1(F), the above motion contains 146 words, which includes any headings, footnotes, and quotations but excludes the case style, signature block, and certificate of service.

Dated: June 3, 2024                           Respectfully submitted,

*/s/ Jason Bailey*
Jason Bailey*
NAACP Legal Defense and
Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 682-1300
Facsimile: (202) 682-1312
jbailey@naacpldf.org

*Admitted *pro hac vice*

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on June 3, 2024, the foregoing was served by electronic notice generated through the CM/ECF service on all counsel or parties of record.

                                                */s/ Jason Bailey*
                                                Jason Bailey

                                                *Counsel for Plaintiffs*