IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| THE DREAM DEFENDERS, THE BLACK COLLECTIVE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RON DESANTIS, in his official capacity as Governor of the State of Florida, *et al.*,<br><br>Defendants. | Case No.: 4:21-cv-191-MW-MAF |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all Parties in this case stipulate to the dismissal of this action in its entirety. All parties agree to bear their own fees and costs.

Dated: October 15, 2024

**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**

*/s/ Rachel M. Kleinman*
Rachel M. Kleinman*
rkleinman@naacpldf.org
Morenike Fajana*
mfajana@naacpldf.org
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-3709
Facsimile: (212) 226-7592
-and-
Anuja Thatte
athatte@naacpldf.org
Michael Skocpol
mskocpol@naacpldf.org
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 216-2721
Facsimile: (202) 682-1312

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA, INC.**

*/s/ Daniel B. Tilley*
Daniel B. Tilley
Florida Bar No. 102882
dtilley@aclufl.org
Nicholas Warren
Florida Bar No. 1019018
nwarren@aclufl.org
4343 West Flagler Street, Suite 400
Miami, Florida 33134
Telephone: (786) 363-2700

**COMMUNITY JUSTICE PROJECT, INC.**

*/s/ Miriam Haskell*
Alana Greer
Florida Bar No. 92423
alana@communityjusticeproject.com
Berbeth Foster
Florida Bar No. 83375
berbeth@communityjusticeproject.com
Miriam Haskell
Florida Bar No. 069033
miriam@communityjusticeproject.com
3000 Biscayne Blvd.
Suite 106
Miami, Florida 33137
Telephone: (305) 907-7697

**AKIN GUMP STRAUSS HAUER & FELD LLP**

*/s/ James Tysse*
Joseph L. Sorkin*
jsorkin@akingump.com
Anne M. Evans*
aevans@akingump.com
Erica E. Holland*
eholland@akingump.com
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
-and-

(Main)  
Telephone: (786) 363-2707  
(Direct)

Steven H. Schulman*  
sschulman@akingump.com  
James E. Tysse*  
jtysse@akingump.com  
Caroline L. Wolverton*  
cwolverton@akingump.com  
Robert S. Strauss Tower  
2001 K Street N.W.  
Washington, D.C. 20006  
Telephone: (202) 887-4000  
Facsimile: (202) 887-4288

*Counsel for Plaintiffs*

/s/ Anita Patel  
Anita J. Patel (FBN 0070214)  
Special Counsel  
Kevin Golembiewski (FBN 1002339)  
Senior Deputy Solicitor General  
Office of the Attorney General  
PL-01 The Capitol  
Tallahassee, FL 32399-1050  
850-414-3300  
Anita.Patel@myfloridalegal.com  
Kevin.Golembiewski@myfloridalegal.com  
*Attorneys for Defendant Florida Attorney General Ashley Moody*

/s/ Nicholas J. P. Meros  
Nicholas J.P. Meros (FBN 121270)  
Senior Deputy General Counsel  
Executive Office of the Governor  
The Capitol, PL-05  
400 S. Monroe Street  
Tallahassee, Florida  
(850) 717-9310  
Ryan.Newman@eog.myflorida.com  
Nicholas.Meros@eog.myflorida.com  
*Attorneys for Defendant Governor of Florida Ron DeSantis*

/s/ Matthew J. Carson  
Matthew J. Carson  
Florida Bar No. 0827711  
Email: mcarson@sniffenlaw.com  
Michael P. Spellman  
Florida Bar No. 0937975  
Email: mspellman@sniffenlaw.com  
Sniffen & Spellman, P.A.  
123 North Monroe Street  
Tallahassee, Florida 32301

/s/ Sonya Harrell  
Sonya Harrell  
Chief, Tort and Employment Litigation  
Florida Bar No. 0042803  
SonyaH@coj.net; CLively1@coj.net  
Gabriella Young  
JSO Advisor  
Florida Bar No.: 0183709

Telephone: (850) 205-1996  
Facsimile: (850) 205-3004  
*Attorneys for Defendant Sheriff Walt McNeil*

*/s/ Michael R. Piper*  
Michael R. Piper  
Florida Bar No.: 710105  
Email: piper@jambg.com  
Christopher J. Stearns  
Florida Bar No.: 557870  
Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.  
2455 E. Sunrise Blvd., Suite 1000  
Ft. Lauderdale, FL 33304  
(954) 463-0100  
*Attorneys for Defendant Sheriff Gregory Tony*

GCYoung@COJ.net;  
HDugan@coj.net  
Mary Margaret Giannini  
Assistant General Counsel  
Florida Bar No. 1005572  
MGiannini@coj.net;  
EReynolds@coj.net  
Laura J. Boeckman  
Assistant General Counsel  
Florida Bar No.: 527750  
LBoeckman@coj.net;  
GDehye@coj.net  
Office of General Counsel  
117 West Duval Street, Suite 480  
Jacksonville, Florida 32202  
(904) 255-5060  
*Attorneys for Defendant Sheriff Mike Williams*

**Counsel for Defendants**