IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**THE DREAM DEFENDERS, et al.,**

    *Plaintiffs*,

v.                                                            Case No.: 4:21cv191-MW/MAF

**RON DESANTIS, et al.,**

    *Defendants*.

_____/

## ORDER FOR DISMISSAL

On October 7, 2024, the Eleventh Circuit entered judgment on the appeal in this case, reversing this Court's Order granting preliminary injunction and remanding the case to this Court. ECF No. 198. While we can all pretend that the Florida Supreme Court did not save Florida's amended criminal riot statute from constitutional challenge by providing a narrowing construction, that's exactly what happened.

In any event, a formal mandate, dated November 5, 2024, has now issued from the Eleventh Circuit. This Court has now acquired jurisdiction in this action following the appeal. Accordingly, pursuant to the judgment of the Eleventh Circuit, ECF No. 198, the Clerk shall **TERMINATE** the preliminary injunction, ECF No. 137, entered on September 9, 2021.

Finally, prior to issuance of the mandate, the parties filed a joint stipulation of dismissal on October 15, 2024. ECF No. 199. Now that the mandate has issued, this notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, the Clerk must close the file.

**SO ORDERED on November 6, 2024.**

s/Mark E. Walker			
**Chief United States District Judge**
